Standard Oil Company, appellant, v. Paul H. Kamradt et al., appellees. Gen. No. 29,478.

Mandamus suit to compel issuance of permit for installation of tanks and equipment for the storage of gasoline at service station. Judgment for respondents. Appeal from the Superior Court of Cook county; the Hon. Timothy D. Hurley, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed. Opinion filed February 3, 1925.

Martyn, Daugherty, Fellingham & Green, for appellant; Roy S. Gaskill, of counsel. Samuel K. Markman, for appellees; Oscar H. Olsen, of counsel.

Mr. Justice Barnes delivered the opinion of the court.